In the Matter of the Marriage of

## WILSON,
*Respondent - Cross-Appellant,*

*and*

## WILSON,
*Appellant - Cross-Respondent.*

(81-3-262; CA A26866)

669 P2d 386

Tyler Marshall, Portland, argued the cause for appellant - cross-respondent. With him on the brief was Bouneff, Chally & Marshall, Portland.

James K. Belknap, Portland, argued the cause and filed the brief for respondent - cross-appellant.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

**PER CURIAM.**

On *de novo* review, we modify the decree of dissolution in two particulars: (1) Wife is awarded permanent spousal support in the amount of $1,500 per month, instead of $1,200 per month; (2) the spousal support award shall not be automatically reduced to $500 per month after eight years, as presently provided. The decree is affirmed in all other particulars.

Affirmed as modified. Costs to appellant on the appeal and cross-respondent on the cross-appeal.